United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH LAMONT UPCHURCH | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-3367 |
| | § | |
| SHOUKAT DHANANI, et al | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This case is before the Court on a Memorandum and Recommendation (Doc. No. 12) from Magistrate Judge Bray regarding Plaintiff's failure to serve Defendants. Plaintiff has not filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff has been given ample opportunity to serve Defendants and has not done so. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED**. The case is **DISMISSED** without prejudice for failure to timely serve Defendants.

SIGNED this ___21st___ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE